RECEIVED
JUL 14 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:21-cr-68 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| VICTOR ALBERTO ELIAS RODRIGUEZ, | ) | T. 18 U.S.C. § 2251(a) |
| | ) | T. 18 U.S.C. § 2253 |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Production of Child Pornography)**

On or about March 4, 2021, in the Southern District of Iowa, the defendant, VICTOR ALBERTO ELIAS RODRIGUEZ, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Victim One, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular phone.

This is a violation of Title 18, United States Code, Section 2251(a).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. From his engagement in any or all of the violations alleged in Count 1 of this Indictment, the defendant, VICTOR ALBERTO ELIAS RODRIGUEZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a. Any visual depiction or other matter containing such visual depiction which was produced, transported, mailed, shipped, received, or possessed as alleged in Count 1 of this Indictment;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Count 1 of this Indictment; and,

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Count 1 of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, computer hardware such as monitors, central processing units, and keyboards, computer programs, software, computer storage devices such as disk drive units, disks, tapes, and hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory

data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

                                              FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
    Melisa K. Zaehringer
    Assistant United States Attorney